

ACCEPTED
15-24-00126-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/10/2025 3:09 PM
KENNETH J. CHRISTOPHER A. PRINE
fair@wrightclosebarger.com CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/10/2025 3:09:15 PM
CHRISTOPHER A. PRINE
Clerk

February 10, 2025

By E-Service

Christopher A. Prine
Clerk, Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

Re:  Cause No. 15-24-00126-CV; *Still American, LLC et al. v. Baron Global Distributors LLC et al.*

Dear Mr. Prine:

This letter is in response to the Court's correspondence of January 24, 2025, concerning the reporter's record in the above-styled case. We have ordered and paid for the reporter's record from all six of the reporters of whom we believe were involved in transcribing the record in this case. (In previous correspondence, I had stated there were seven reporters, but it turns out there were only six.) See the attached documentation showing payment.

Please let us know if the Court requires anything further.

Sincerely,

Kenneth J. Fair

Cc:  Brad Snead (Firm)

LAURIN RAINER
 01/27/2025  1529.0001 Reporter's Record              22-10-14637              1,786.39              1,786.39

01/27/2025              31181              Gross:              1,786.39   Ded:              0.00  Net:              1,786.39

01/27/2025              **$1,786.39

*** ONE THOUSAND SEVEN HUNDRED EIGHTY-SIX & 39/100 DOLLARS

LAURIN RAINER
173 Dina Lane
Montgomery  TX  77356

CG Reporting Inc
01/27/2025  1529.0001 Reporter's Record          22-10-14637          500.00                    500.00

01/27/2025          31182          Gross:          500.00    Ded:          0.00  Net:          500.00

01/27/2025                    ****$500.00
*** FIVE HUNDRED & 00/100 DOLLARS

CG Reporting Inc
301 Main Street, Suite 201
Conroe  TX  77301

Robin Cooksey
 01/27/2025  1529.0001 Reporter's Record              1529.0001              1,719.50              1,719.50

01/27/2025              31183              Gross:              1,719.50  Ded:              0.00  Net:              1,719.50

01/27/2025              **$1,719.50

*** ONE THOUSAND SEVEN HUNDRED NINETEEN & 50/100 DOLLARS

Robin Cooksey
PO BOX 41
Riverside  TX  77367

Brenda A. Foster
01/31/2025  1529.0001 - Reporter's Record                1529.0001                1,505.00                1,505.00

01/31/2025            31199                Gross:            1,505.00   Ded:            0.00  Net:            1,505.00

01/31/2025                      **$1,505.00

*** ONE THOUSAND FIVE HUNDRED FIVE & 00/100 DOLLARS

Brenda A. Foster
1306 Coppercrest Drive
Spring  TX  77386

# CHASE

## Terms and Conditions (Remitter and Payee):

* Please keep this copy for your record of the transaction
* The escheatment laws of a specific state will consider these funds to be "abandoned"
  if the Cashier's Check is not cashed by a certain time
    - Please cash/deposit this Cashier's Check as soon as possible to
      prevent this from occurring
    - In most cases, the funds will be considered "abandoned"
      after the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
    - Stop Payment can only be placed if the Cashier's Check
      is lost, stolen, or destroyed
    - We may not re-issue or refund the funds after the stop payment has
      been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check
  or for any other information about this item

**FOR YOUR PROTECTION SAVE THIS COPY**
**CASHIER'S CHECK**

**Customer Copy**
9833630038

01/27/2025
Void after 1 year

$** 4,557.59 **

**Remitter:** MICHAEL VOGEL

**Pay To The Order Of:** CUNHA AND ASSOCIATES, LLC

Memo: Record No. 22-10-14637

Note: For information only. Comment has no effect on bank's payment.

Drawer: JPMORGAN CHASE BANK, N.A.
**NON NEGOTIABLE**

---

282111107 6/2023 8810004306

**CASHIER'S CHECK**

HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK    HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK

# CHASE

9833630038   25-3
440

**Remitter:** MICHAEL VOGEL

Date 01/27/2025   Void after 1 year

**Pay To The Order Of:** CUNHA AND ASSOCIATES, LLC

**Pay:** FOUR THOUSAND FIVE HUNDRED FIFTY SEVEN DOLLARS AND 59 CENTS    $** 4,557.59 **

Drawer: JPMORGAN CHASE BANK, N.A.

*Thomas W. Horne*

Thomas W Horne, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH

Do not write outside this box

Memo: Record No. 22-10-14637

Note: For information only. Comment has no effect on bank's payment.

⑈983363003⑈ ⑆044000037⑆ 7586613751⑈

# INVOICE

**Graciela Caka, CSR, RPR**

PAID

**Invoice No#**: 0081
**Invoice Date**: Jan 27, 2025
**Due Date**: Jan 27, 2025

$0.00
**AMOUNT DUE**

**BILL TO**
Mona Reynolds
reynolds@wrightclosebarger.com

| # | ITEMS & DESCRIPTION | QTY/HRS | PRICE | AMOUNT($) |
|---|---------------------|---------|-------|-----------|
| 1 | Reporter's Record (Copy) Cause No. 22-10-14637 Baron Global Distributors, et al. vs. Still American, et al.; Trial on Merits, April 18, 2024; 284th Judicial District Court, Montgomery County, Texas | 1 | $623.00 | $623.00 |

| | | |
|---|---|---|
| | Subtotal | $623.00 |
| | **TOTAL** | **$623.00 USD** |
| | Amount paid | $623.00 |
| | **AMOUNT DUE** | **$0.00 USD** |

**NOTES TO CUSTOMER**

This transcript will be electronically delivered once the correct volume number is affixed to the Reporter's Record

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Mona Reynolds on behalf of Kenneth Fair
Bar No. 24007171
reynolds@wrightclose.com
Envelope ID: 97192074
Filing Code Description: Letter
Filing Description: 250210 Letter to Prine re RR payment
Status as of 2/10/2025 3:15 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Bradley W.Snead | | snead@wrightclosebarger.com | 2/10/2025 3:09:15 PM | SENT |
| Kenneth J.Fair | | fair@wrightclosebarger.com | 2/10/2025 3:09:15 PM | SENT |
| Michael B.Bennett | | mbennett@cmlaw.com | 2/10/2025 3:09:15 PM | SENT |
| D. ScottFunk | | sfunk@grayreed.com | 2/10/2025 3:09:15 PM | SENT |
| Justin GuyLipe | | jlipe@grayreed.com | 2/10/2025 3:09:15 PM | SENT |
| Charyl E.Diaz | | cdiaz@cmlaw.com | 2/10/2025 3:09:15 PM | ERROR |